# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| QUALITY PRODUCTION MGMT, LLC. | CIVIL ACTION NO. 18-1113 |
| versus | JUDGE SUMMERHAYS |
| CONOCOPHILLIPS CO., ET AL. | MAGISTRATE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Motions to Dismiss for Failure to State a Claim [Doc. 6 &9] filed by defendants Conoco Phillips Company and BHP Billiton Petroleum (Deepwater), Inc. are GRANTED IN PART AND DENIED IN PART. The plaintiff's claims against Conoco and BHP for a personal money judgment from Conoco and BHP are DENIED AND DISMISSED for failing to state a claim. The plaintiff's claim for enforcement

of its lien rights shall remain pending to be adjudicated at a later date.

Signed in Lafayette, Louisiana, this 7th day of February 2019.

JUDGE ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE